## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Solarek                    CHAPTER 13
                        Debtor(s)

                                          BKY. NO. 20-12541 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

        Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
07 Jun 2021, 15:20:05, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322