| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12541-PMM**

Michael Solarek  
1625 Main Street  
Catasauqua  PA   18032

Petition Filed Date: 06/05/2020  
341 Hearing Date: 07/07/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2020 | $402.96 | | 08/10/2020 | $402.96 | | 09/09/2020 | $402.96 | |
| 10/08/2020 | $402.96 | | 11/09/2020 | $402.96 | | 12/08/2020 | $402.96 | |
| 01/11/2021 | $402.96 | | 02/09/2021 | $402.96 | | 03/08/2021 | $402.96 | |
| 04/08/2021 | $402.96 | | 05/10/2021 | $402.96 | | 06/08/2021 | $402.96 | |

**Total Receipts for the Period: $4,835.52   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,835.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC  »» 001 | Unsecured Creditors | $8,975.13 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES  »» 002 | Unsecured Creditors | $2,733.18 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA  »» 003 | Secured Creditors | $455.78 | $0.00 | $0.00 |
| 4 | CREDIT FIRST NA  »» 004 | Unsecured Creditors | $1,103.24 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA  »» 005 | Unsecured Creditors | $7,299.44 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP  »» 006 | Unsecured Creditors | $8,174.70 | $0.00 | $0.00 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC  »» 007 | Ongoing Mortgage | $42,221.34 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC as agent for  »» 008 | Unsecured Creditors | $375.14 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK  »» 009 | Unsecured Creditors | $251.63 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES  »» 010 | Unsecured Creditors | $5,261.17 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES  »» 011 | Unsecured Creditors | $1,919.26 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES  »» 012 | Unsecured Creditors | $2,042.69 | $0.00 | $0.00 |
| 13 | CITY OF ALLENTOWN  »» 013 | Secured Creditors | $1,088.99 | $0.00 | $0.00 |

Chapter 13 Case No. 20-12541-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,835.52 | Current Monthly Payment: | $767.14 |
| Paid to Claims: | $0.00 | Arrearages: | $364.18 |
| Paid to Trustee: | $398.97 | Total Plan Base: | $42,789.56 |
| Funds on Hand: | $4,436.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.