UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  MICHAEL SOLAREK      :
: Bankruptcy No.20-12541PMM
:
:
Debtor                   : Chapter 13

## CERTIFICATE OF SERVICE

I, Marc Kranson, Esquire, Attorney for Debtors, hereby certify that I did on this 30TH day of June, 2021, serve a true and correct copy of the Fifth Amended Plan by first class U.S. mail, postage, pre-paid and/or via electronic means upon on the following:

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(via electronic mail)

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410
(via electronic mail)

See Attached List

Michael Solarek
1625 Main Street
Catasauqua, PA  18032
(via United States Mail)

/s/ Marc Kranson
MARC KRANSON, ESQUIRE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12541-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Jun 30 13:24:39 EDT 2021 | CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA 92806-5951 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | BANK OF AMERICA, N.A<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | BANK OF AMERICA, N.A.<br>C/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)CITY OF ALLENTOWN<br>435 W HAMILTON ST<br>ROOM 217<br>ALLENTOWN PA 18101-1603 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Carrington Mortgage Services<br>PO Box 5001<br>Westfield, IN 46074-5001 | Carrington Mortgage Services, LLC<br>C/O Kristen D. Little, Esquire<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 |
| Comenity Bank/Wayfair<br>PO box 182789<br>Columbus, OH 43218-2789 | Credit First NA/Firestone<br>PO Box 81083<br>Cleveland, OH 44181 | Lafayett Ambassador Bank<br>PO box 4887<br>Lancaster, PA 17604-4887 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/Amazon PLCC<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Unifin<br>PO box 4519<br>Skokie, IL 60076-4519 | Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438<br>Wells Fargo Bank, N.A. 50306-0438 |
| MARC KRANSON<br>Marc Kranson Esquire<br>523 Walnut Street<br>Allentown, PA 18101-2395 | Michael Solarek<br>1625 Main Street<br>Catasauqua, PA 18032-2615 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso, TX 79998-2235

CITY OF ALLENTOWN
435 HAMILTON ST
ALLENTOWN, PA 18101

Portfolio Recovery Associates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(d)Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31