UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: MICHAEL SOLAREK       :
                              : Bankruptcy No.20-12541PMM
                              :
                              :
Debtor                        : Chapter 13

## CERTIFICATE OF SERVICE

I, Marc Kranson, Esquire, Attorney for Debtors, hereby certify that I did on this 30TH day of June, 2021, serve a true and correct copy of the Sixth Amended Plan by first class U.S. mail, postage, pre-paid and/or via electronic means upon on the following:

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(via electronic mail)

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410
(via electronic mail)

See Attached List

Michael Solarek
1625 Main Street
Catasauqua, PA  18032
(via United States Mail)


/s/ Marc Kranson
MARC KRANSON, ESQUIRE

```
Label Matrix for local noticing          CARRINGTON MORTGAGE SERVICES, LLC       United States Trustee
0313-4                                   1600 SOUTH DOUGLASS ROAD                Office of the U.S. Trustee
Case 20-12541-pmm                        ANAHEIM, CA 92806-5951                  200 Chestnut Street
Eastern District of Pennsylvania                                                 Suite 502
Reading                                                                          Philadelphia, PA 19106-2908
Wed Jun 30 13:24:39 EDT 2021

Reading                                  BANK OF AMERICA, N.A                    BANK OF AMERICA, N.A.
United States Bankruptcy Court           C/O KML Law Group                       C/o Mario J. Hanyon, Esq.
Office of the Clerk, Gateway Building    701 Market Street Suite 5000            1617 JFK Boulevard, Suite 1400
201 Penn Street, 1st Floor               Philadelphia, PA. 19106-1541            One Penn Center Plaza
Reading, PA 19601-4038                                                           Philadelphia, PA 19103

(p)BANK OF AMERICA                       Bank of America, N.A.                   CACH, LLC
PO BOX 982238                            PO BOX 31785                            Resurgent Capital Services
EL PASO TX 79998-2238                    Tampa, FL 33631-3785                    PO Box 10587
                                                                                 Greenville, SC 29603-0587

(p)CITY OF ALLENTOWN                     CREDIT FIRST NA                         Capital One Bank (USA), N.A.
435 W HAMILTON ST                        PO BOX 818011                           4515 N Santa Fe Ave
ROOM 217                                 CLEVELAND, OH 44181-8011                Oklahoma City, OK 73118-7901
ALLENTOWN PA 18101-1603

Capital One Bank USA                     Carrington Mortgage Services            Carrington Mortgage Services, LLC
PO Box 30281                             PO Box 5001                             C/O Kristen D. Little, Esquire
Salt Lake City, UT 84130-0281            Westfield, IN 46074-5001                Shapiro & DeNardo, LLC
                                                                                 3600 Horizon Drive, Suite 150
                                                                                 King of Prussia, PA 19406-4702

Comenity Bank/Wayfair                    Credit First NA/Firestone               Lafayett Ambassador Bank
PO box 182789                            PO Box 81083                            PO box 4887
Columbus, OH 43218-2789                  Cleveland, OH 44181                     Lancaster, PA 17604-4887

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for         SYNCB/Amazon PLCC
PO BOX 41067                             Comenity Bank                           PO Box 965015
NORFOLK VA 23541-1067                    PO Box 788                              Orlando, FL 32896-5015
                                         Kirkland, WA  98083-0788

SYNCB/Sams Club                          Synchrony Bank                          The Home Depot/CBNA
PO Box 965005                            c/o PRA Receivables Management, LLC     PO Box 6497
Orlando, FL 32896-5005                   PO Box 41021                            Sioux Falls, SD 57117-6497
                                         Norfolk VA 23541-1021

Unifin                                   Wells Fargo Card Service                Wells Fargo Card Services
PO box 4519                              PO Box 14517                            PO Box 10438, MAC F8235-02F
Skokie, IL 60076-4519                    Des Moines, IA 50306-3517               Des Moines, IA 50306-0438
                                                                                 Wells Fargo Bank, N.A. 50306-0438

MARC KRANSON                             Michael Solarek                         SCOTT F. WATERMAN (Chapter 13)
Marc Kranson Esquire                     1625 Main Street                        Chapter 13 Trustee
523 Walnut Street                        Catasauqua, PA 18032-2615               2901 St. Lawrence Ave.
Allentown, PA 18101-2395                                                         Suite 100
                                                                                 Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso, TX 79998-2235

CITY OF ALLENTOWN
435 HAMILTON ST
ALLENTOWN, PA 18101

Portfolio Recovery Associates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(d)Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31