# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Michael Solarek, | : | Case No.  20-12541– PMM |
| | : | |
| Debtor. | : | |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

**AND NOW**, upon consideration of the Debtor's Sixth Amended Chapter 13 plan filed on June 30, 2021 ("the Sixth Amended Plan") (Doc. #43);

**AND**, after a hearing held on July 1, 2021;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED** that confirmation of the Sixth Amended Plan is **DENIED**.

Date:  July 1, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**