United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Solarek  
    Debtor

Case No. 20-12541-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jul 01, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Solarek, 1625 Main Street, Catasauqua, PA 18032-2615 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14508853 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14613881 | + | BANK OF AMERICA, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514172 | | BANK OF AMERICA, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14511695 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14514393 | + | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14508855 | + | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 14510073 | + | Carrington Mortgage Services, LLC, C/O Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14508857 | | Credit First NA/Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14508864 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 14517801 | + | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438, Wells Fargo Bank, N.A. 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14510600 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 00:05:20 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14563459 | | Email/Text: coabankruptcy@allentownpa.gov | Jul 01 2021 23:52:00 | CITY OF ALLENTOWN, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14519251 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 02 2021 00:05:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14508854 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 23:55:07 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14525642 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 01 2021 23:52:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14508856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2021 23:52:00 | Comenity Bank/Wayfair, PO box 182789, Columbus, OH 43218-2789 |

Case 20-12541-pmm   Doc 47   Filed 07/03/21   Entered 07/04/21 00:38:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14508858 | + | Email/Text: bankruptcy@fult.com | Jul 01 2021 23:53:00 | Lafayett Ambassador Bank, PO box 4887, Lancaster, PA 17604-4887 |
| 14508859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 23:55:11 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14511772 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 23:55:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14526226 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2021 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14508860 | | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:07 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14508861 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:00 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14526295 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 23:55:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14508862 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 00:05:21 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14508863 | | Email/Text: info@unifinrs.com | Jul 01 2021 23:53:00 | Unifin, PO box 4519, Skokie, IL 60076-4519 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5951 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |
| KRISTEN D. LITTLE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MARC KRANSON | on behalf of Debtor Michael Solarek marc81047@yahoo.com |
| MARIO J. HANYON | |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Jul 01, 2021     Form ID: pdf900     Total Noticed: 33

on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Michael Solarek, | : | Case No.  20-12541– PMM |
| | : | |
| Debtor. | : | |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

**AND NOW**, upon consideration of the Debtor's Sixth Amended Chapter 13 plan filed on June 30, 2021 ("the Sixth Amended Plan") (Doc. #43);

**AND**, after a hearing held on July 1, 2021;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED** that confirmation of the Sixth Amended Plan is **DENIED**.

Date:  July 1, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**