UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :  Chapter 13

    MICHAEL SOLAREK                       :  Bankruptcy No.  20-12541PMM

        Debtor(s)                                :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on September 2, 2021 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                              Respectfully submitted,

Date:  August 2, 2021                    */s/Scott F. Waterman*
                                      Scott F. Waterman, Esq.,
                                      Chapter 13 Standing Trustee
                                      2901 St. Lawrence Avenue
                                      Reading, PA 19606-0410
                                      Telephone:  (610) 779-1313