IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Solarek<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-12541/PMM |
| CARRINGTON MORTGAGE SERVICES, LLC<br>    Movant.<br>v.<br><br>Michael Solarek<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | CHAPTER 13 |

### PRAECIPE TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw Movant, CARRINGTON MORTGAGE SERVICES, LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on July 30, 2021, [*ECF.* No. 53].

Respectfully submitted,

/s/ Kristen D. Little

---

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Solarek<br>  Debtor,<br><br>CARRINGTON MORTGAGE SERVICES, LLC<br>  Movant.<br>v.<br><br>Michael Solarek<br>  Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-12541/PMM<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

  I, Kristen D. Little , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this August 31, 2021:

Michael Solarek
1625 Main Street
Catasauqua, PA 18032

Marc Kranson, Esquire
523 Walnut Street
Allentown, PA 18101
marc81047@yahoo.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com