United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Solarek  
    Debtor

Case No. 20-12541-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 02, 2021      Form ID: 155      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Solarek, 1625 Main Street, Catasauqua, PA 18032-2615 |
| 14508853 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14613881 | + | BANK OF AMERICA, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514172 | | BANK OF AMERICA, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14511695 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14514393 | + | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14508855 | + | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 14510073 | + | Carrington Mortgage Services, LLC, C/O Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14508857 | | Credit First NA/Firestone, PO Box 81083, Cleveland, OH 44181 |
| 14508864 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 14517801 | + | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438, Wells Fargo Bank, N.A. 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14510600 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 23:33:22 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14563459 | | Email/Text: coabankruptcy@allentownpa.gov | Sep 02 2021 23:23:00 | CITY OF ALLENTOWN, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14519251 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 02 2021 23:33:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14508854 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 02 2021 23:33:21 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14525642 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 02 2021 23:23:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14508856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2021 23:23:00 | Comenity Bank/Wayfair, PO box 182789, Columbus, OH 43218-2789 |
| 14508858 | + | Email/Text: bankruptcy@fult.com | Sep 02 2021 23:23:00 | Lafayett Ambassador Bank, PO box 4887, Lancaster, PA 17604-4887 |
| 14508859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2021 23:33:22 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14511772 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2021 23:33:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14526226 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14508860 | | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:33:21 | SYNCB/Amazon PLCC, PO Box 965015, |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 02, 2021 | Form ID: 155 | Total Noticed: 26

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5015 |
| 14508861 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:33:21 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14526295 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2021 23:33:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14508862 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2021 23:33:19 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14508863 | | Email/Text: info@unifinrs.com | Sep 02 2021 23:23:00 | Unifin, PO box 4519, Skokie, IL 60076-4519 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |
| KRISTEN D. LITTLE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MARC KRANSON | on behalf of Debtor Michael Solarek marc81047@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael Solarek
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−12541−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 2nd day of September 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

63
Form 155