# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Michael Solarek                                          : Chapter 13


                    Debtor                               : Bankruptcy No. 20-12541

## CERTIFICATE OF NO RESPONSE

I, Marc Kranson, Esquire, do hereby certify that the following parties were served

with Notice of Motion, Motion to Modify Plan Post-Confirmation, Order and

Certificate of Service on May 5, 2022:

Michael Solarek                          See attached list
1625 Main Street
Catasauqua, PA 18032
*Via U.S. mail*                          *Via U.S. Mail*


Office of the U.S. Trustee               Scott Waterman, Esquire
833 Chestnut Street                      Chapter 13 Trustee
Suite 500                                2901 St. Lawrence Avenue
Philadelphia, PA 19107                   PO Box 4010
                                         Reading, PA 19606-0410
*Via electronic means*                   *Via electronic means*


No party has filed or served an Answer, Objection or other responsive pleading as

of the date of this certification.

06/08/2022                               /s/ Marc Kranson
                                         MARC KRANSON, ESQUIRE
                                         523 Walnut Street
                                         Allentown, PA 18101
                                         (610) 432-0720
                                         Atty. I.D. No. 17323

**Bank of America**
PO Box 982235
El Paso, TX 79998-2235

(06/05/20)
(14508853)
(cr)

**BANK OF AMERICA, N.A**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(06/08/21)
(14613881)
(ntcapr)

**Bank of America, N.A.**
PO BOX 31785
Tampa, FL 33631-3785

(06/17/20)
(14511695)
(cr)

**BANK OF AMERICA, N.A.**
C/o Mario J. Hanyon, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

(06/24/20)
(14514172)
(ntcapr)

**CACH, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(06/12/20)
(14510600)
(cr)

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(07/13/20)
(14519251)
(cr)

**Capital One Bank USA**
PO Box 30281
Salt Lake City, UT 84130

(06/05/20)
(14508854)
(cr)

**Carrington Mortgage Services**
PO Box 5001
Westfield, IN 46074

(06/05/20)
(14508855)
(cr)

**Carrington Mortgage Services, LLC**
C/O Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

(06/10/20)
(14510073)
(ntcapr)

**Carrington Mortgage Services, LLC**
1600 South Douglass Road
Anaheim, CA 92806

(08/04/20)
(14525642)
(cr)

**CITY OF ALLENTOWN**
435 HAMILTON ST
ALLENTOWN, PA 18101

(11/24/20)
(14563459)
(cr)

**Comenity Bank/Wayfair**
PO box 182789
Columbus, OH 43218

(06/05/20)
(14508856)
(cr)

**CREDIT FIRST NA**
PO BOX 818011
CLEVELAND, OH 44181

(06/25/20)
(14514393)
(cr)

**Credit First NA/Firestone**
PO Box 81083
Cleveland, OH 44181

(06/05/20)
(14508857)
(cr)

**Lafayett Ambassador Bank**
PO box 4887
Lancaster, PA 17604

(06/05/20)
(14508858)
(cr)

**Portfolio Recovery Associates**
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

(06/05/20)
(14508859)
(cr)

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

(06/17/20)
(14511772)
(cr)

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

(08/06/20)
(14526226)
(cr)

**SYNCB/Amazon PLCC**
PO Box 965015
Orlando, FL 32896-5015

(06/05/20)
(14508860)
(cr)

**SYNCB/Sams Club**
PO Box 965005
Orlando, FL 32896

(06/05/20)
(14508861)
(cr)

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

(08/07/20)
(14526295)
(cr)

**The Home Depot/CBNA**
PO Box 6497
Sioux Falls, SD 57117-6497

(06/05/20)
(14508862)
(cr)

**Unifin**
PO box 4519
Skokie, IL 60076-4519

(06/05/20)
(14508863)
(cr)

**Wells Fargo Card Service**
PO Box 14517
Des Moines, IA 50306

(06/05/20)
(14508864)
(cr)

**Wells Fargo Card Services**
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
Wells Fargo Bank, N.A.

(07/07/20)
(14517801)
(cr)