# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Michael Solarek,**

:    Chapter 13
:
:    Case No.   20-12541 (PMM)
:
**Debtor.**    :

------------------------------------------------

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 70, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 75) is **approved**.

*Patricia M. Mayer*

Date:  6/9/22

        **PATRICIA M. MAYER**
        **U.S. BANKRUPTCY JUDGE**