| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-12541-PMM**

Michael Solarek  
1625 Main Street  
Catasauqua  PA    18032

Petition Filed Date: 06/05/2020  
341 Hearing Date: 07/07/2020  
Confirmation Date: 09/02/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $402.96 | | 05/10/2021 | $402.96 | | 06/08/2021 | $402.96 | |
| 07/09/2021 | $402.96 | | 08/09/2021 | $402.96 | | 09/10/2021 | $402.96 | |
| 10/08/2021 | $402.96 | | 11/08/2021 | $402.96 | | 12/09/2021 | $402.96 | |
| 01/10/2022 | $402.96 | | 02/04/2022 | $3,111.60 | | 02/08/2022 | $854.40 | |
| 03/08/2022 | $854.40 | | 04/08/2022 | $854.40 | | 05/09/2022 | $854.40 | |
| 06/08/2022 | $854.40 | | 07/12/2022 | $854.40 | | | | |

**Total Receipts for the Period: $12,267.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,894.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $8,975.13 | $3,069.32 | $5,905.81 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $2,733.18 | $934.70 | $1,798.48 |
| 3 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $455.78 | $455.78 | $0.00 |
| 4 | CREDIT FIRST NA<br>»» 004 | Unsecured Creditors | $1,103.24 | $377.27 | $725.97 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $7,299.44 | $2,496.26 | $4,803.18 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $8,174.70 | $2,795.59 | $5,379.11 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $375.14 | $120.56 | $254.58 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $251.63 | $80.88 | $170.75 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $5,261.17 | $1,799.20 | $3,461.97 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,919.26 | $656.36 | $1,262.90 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,042.69 | $698.56 | $1,344.13 |
| 13 | CITY OF ALLENTOWN<br>»» 013 | Secured Creditors | $1,088.99 | $1,088.99 | $0.00 |
| 0 | MARC KRANSON ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12541-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,894.24 | Current Monthly Payment: | $854.40 |
| Paid to Claims: | $14,573.47 | Arrearages: | $1,708.80 |
| Paid to Trustee: | $1,307.85 | Total Plan Base: | $44,943.84 |
| Funds on Hand: | $12.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.