UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
MICHAEL SOLAREK                : Bky. No. 20-12541 pmm
                               : Chapter 13
        Debtor                 :
                               :
                               : Date:  January 12, 2023
                               : Time:  11:00 a.m.
                               : Place: Courtroom No. 1
                               :        U.S. Bankruptcy Court
                               :        201 Penn Street, Suite 103
                               :        Reading, PA 19601

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Michael Solarek has filed a Motion to Sell Real Property.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one is this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1.    If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 10, 2023 you or your attorney must do all of the following:

(a)    File an answer explaining your position at Clerk's Office, U.S. Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601
If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to the movant's attorney:

Marc Kranson, Esquire
523 Walnut Street
Allentown, PA   18101
Phone No.  610-432-0720
Fax No.  610-432-0454

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

1

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on January 12, 2023 at 11:00 a.m. in U.S. Bankruptcy Court, 201 Penn Street, Suite 103, Reading, Pennsylvania 19601. Unless the court orders otherwise, the hearing, on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

## **Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at Clerk's Office, U.S. Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:
Marc Kranson, Esquire
523 Walnut Street
Allentown, PA   18101
Phone No.  610-432-0720
Fax No.  610-432-0454

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Date: 12/6/2022