**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MICHAEL SOLAREK         : Chapter 13
                                 :
        Debtor                   : Case No. 20-12541

## AMENDED PROPOSED ORDER

AND NOW, this      day of            , 2023, upon consideration of the Motion of Debtor to Sell Property pursuant to Section 363 (hereinafter the "Motion") and upon Notice, opportunity for a hearing and upon the filing of a Certificate of No Objection , it is hereby

ORDERED AND DECREED that the Debtor is authorized to sell the Debtor's real estate located at 239 E. Elm Street, Allentown, Lehigh County, Pennsylvania.

IT IS FURTHER ORDERED that the Chapter 13 Bankruptcy Trustee shall receive the sum of $23,858.43, which is the sum provided for in Debtor's Amended Chapter 13 Plan; Burkholder's Heating & Air Conditioning shall receive the sum of $8,600.00; Debtor shall receive the sum of $41,995.37; Other items shall be paid from Seller's funds as described in the Settlement Statement prepared by Traditional Abstract, LLC – line items 1302 through 1309 as follows:

| | |
|---|---|
| City of Allentown 2022 city/trash/storm water tax | $1032.90 |
| City of Allentown 21/22 rental fees, cancellation fees | $350.00 |
| Penn Credit Corp: 21 Trash/storm water | $550.28 |
| Lehigh County: 2022 county tax | $328.06 |
| HAB-RET- 22/23 school tax | $1786.55 |

    Portnoff Law Associates: 21 delinquent school tax    $2,318.07

    Elite Revenue Solutions: delinquency 18/19/20/21 tax    $3,184.71

IT IS FURTHER ORDERD that the Chapter 13 Trustee shall receive the Settlement Statement within 10 days or closing.

BY THE COURT:

_____
U.S. Bankruptcy Judge