UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   MICHAEL SOLAREK                          : Chapter 13

        Debtor                                   : Bankruptcy No.20-12541 PMM

**CERTIFICATE OF NO RESPONSE**

I, Marc Kranson, Esquire, Attorney for the Debtor, hereby certify that the following were served a true and correct copy of the Notice, Motion of Debtor to Sell Property and Order on December 6, 2022:

| | |
|---|---|
| Michael Solarek<br>1625 Main Street<br>Catasauqua, PA 18032<br>**Via U.S. mail** | See Attached List |
| Scott Waterman, Esquire<br>*Chapter 13 Trustee*<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA  19606-0410<br>*Via electronic means* | *Office of the U.S. Trustee*<br>*The Curtis Center, Suite 950W*<br>601 Walnut Street<br>Philadelphia, PA 19106<br>*Via electronic means* |

None of the above or attached list have filed or served an Answer, Objection or other responsive pleading as of the date of the certification.

1/11/2023                                     /s/Marc Kranson_____
                                                    MARC KRANSON, ESQUIRE
                                                    Attorney for Debtor
                                                    523 Walnut Street
                                                    Allentown, PA  18101
                                                    610-432-0720
                                                    Attorney I.D. No 17323

| | |
|---|---|
| **Bank of America**<br>PO Box 982235<br>El Paso, TX 79998-2235 | (06/05/20)<br>(14508853)<br>(cr) |
| **BANK OF AMERICA, N.A**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (06/08/21)<br>(14613881)<br>(ntcapr) |
| **Bank of America, N.A.**<br>PO BOX 31785<br>Tampa, FL 33631-3785 | (06/17/20)<br>(14511695)<br>(cr) |
| **BANK OF AMERICA, N.A.**<br>C/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | (06/24/20)<br>(14514172)<br>(ntcapr) |
| **CACH, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (06/12/20)<br>(14510600)<br>(cr) |
| **Capital One Bank (USA), N.A.**<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | (07/13/20)<br>(14519251)<br>(cr) |
| **Capital One Bank USA**<br>PO Box 30281<br>Salt Lake City, UT 84130 | (06/05/20)<br>(14508854)<br>(cr) |
| **Carrington Mortgage Services**<br>PO Box 5001<br>Westfield, IN 46074 | (06/05/20)<br>(14508855)<br>(cr) |
| **Carrington Mortgage Services, LLC**<br>C/O Kristen D. Little, Esquire<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406 | (06/10/20)<br>(14510073)<br>(ntcapr) |
| **Carrington Mortgage Services, LLC**<br>1600 South Douglass Road<br>Anaheim, CA 92806 | (08/04/20)<br>(14525642)<br>(cr) |
| **CITY OF ALLENTOWN**<br>435 HAMILTON ST<br>ALLENTOWN, PA 18101 | (11/24/20)<br>(14563459)<br>(cr) |
| **Comenity Bank/Wayfair**<br>PO box 182789<br>Columbus, OH 43218 | (06/05/20)<br>(14508856)<br>(cr) |

**CREDIT FIRST NA**  (06/25/20)
PO BOX 818011  (14514393)
CLEVELAND, OH 44181  (cr)

**Credit First NA/Firestone**  (06/05/20)
PO Box 81083  (14508857)
Cleveland, OH 44181  (cr)

**Lafayett Ambassador Bank**  (06/05/20)
PO box 4887  (14508858)
Lancaster, PA 17604  (cr)

**Portfolio Recovery Associates**  (06/05/20)
120 Corporate Blvd  (14508859)
Suite 100  (cr)
Norfolk, VA 23502

**Portfolio Recovery Associates, LLC**  (06/17/20)
POB 41067  (14511772)
Norfolk VA 23541  (cr)

**Quantum3 Group LLC as agent for**  (08/06/20)
Comenity Bank  (14526226)
PO Box 788  (cr)
Kirkland, WA 98083-0788

**SYNCB/Amazon PLCC**  (06/05/20)
PO Box 965015  (14508860)
Orlando, FL 32896-5015  (cr)

**SYNCB/Sams Club**  (06/05/20)
PO Box 965005  (14508861)
Orlando, FL 32896  (cr)

**Synchrony Bank**  (08/07/20)
c/o PRA Receivables Management, LLC  (14526295)
PO Box 41021  (cr)
Norfolk VA 23541

**The Home Depot/CBNA**  (06/05/20)
PO Box 6497  (14508862)
Sioux Falls, SD 57117-6497  (cr)

**Unifin**  (06/05/20)
PO box 4519  (14508863)
Skokie, IL 60076-4519  (cr)

**Wells Fargo Card Service**  (06/05/20)
PO Box 14517  (14508864)
Des Moines, IA 50306  (cr)

**Wells Fargo Card Services**  (07/07/20)
PO Box 10438, MAC F8235-02F  (14517801)
Des Moines, IA 50306-0438  (cr)
Wells Fargo Bank, N.A.

Case 20-12541-pmm    Doc 85    Filed 01/11/23    Entered 01/11/23 13:42:10    Desc Main
Document      Page 4 of 4