United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12541-pmm |
| Michael Solarek | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Solarek, 1625 Main Street, Catasauqua, PA 18032-2615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 14, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com |
| KRISTEN D. LITTLE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC kdlittleecf@gmail.com |
| MARC KRANSON | on behalf of Debtor Michael Solarek marc81047@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jan 12, 2023 Form ID: pdf900 Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL SOLAREK           : Chapter 13
                                  :
        Debtor                    : Case No. 20-12541

## AMENDED PROPOSED ORDER

AND NOW, this 12th day of January, 2023, upon consideration of the Motion of Debtor to Sell Property pursuant to Section 363 (hereinafter the "Motion") and upon Notice, opportunity for a hearing and upon the filing of a Certificate of No Objection, it is hereby

ORDERED AND DECREED that the Debtor is authorized to sell the Debtor's real estate located at 239 E. Elm Street, Allentown, Lehigh County, Pennsylvania.

IT IS FURTHER ORDERED that the Chapter 13 Bankruptcy Trustee shall receive the sum of $23,858.43, which is the sum provided for in Debtor's Amended Chapter 13 Plan; Burkholder's Heating & Air Conditioning shall receive the sum of $8,600.00; Debtor shall receive the sum of $41,995.37; Other items shall be paid from Seller's funds as described in the Settlement Statement prepared by Traditional Abstract, LLC – line items 1302 through 1309 as follows:

| | |
|---|---|
| City of Allentown 2022 city/trash/storm water tax | $1032.90 |
| City of Allentown 21/22 rental fees, cancellation fees | $350.00 |
| Penn Credit Corp: 21 Trash/storm water | $550.28 |
| Lehigh County: 2022 county tax | $328.06 |
| HAB-RET- 22/23 school tax | $1786.55 |

    Portnoff Law Associates: 21 delinquent school tax    $2,318.07

    Elite Revenue Solutions: delinquency 18/19/20/21 tax    $3,184.71

IT IS FURTHER ORDERD that the Chapter 13 Trustee shall receive the Settlement Statement within 10 days or closing.

BY THE COURT:

*/Patricia M. Mayer/*

U.S. Bankruptcy Judge

**Date: January 12, 2023**