United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-12541-pmm

Michael Solarek                                                                              Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                          Page 1 of 3

Date Rcvd: Feb 23, 2023                      Form ID: 138OBJ                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Solarek, 1625 Main Street, Catasauqua, PA 18032-2615 |
| 14514172 | | BANK OF AMERICA, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14510073 | + | Carrington Mortgage Services, LLC, C/O Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 24 2023 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2023 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14508853 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14613881 | ^ | MEBN | Feb 24 2023 00:00:19 | BANK OF AMERICA, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14511695 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 00:05:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14510600 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:12:45 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14563459 | | Email/Text: coabankruptcy@allentownpa.gov | Feb 24 2023 00:05:00 | CITY OF ALLENTOWN, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14514393 | + | Email/Text: BKPT@cfna.com | Feb 24 2023 00:05:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14519251 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2023 00:12:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14508854 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2023 00:13:02 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14508855 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2023 00:05:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 14525642 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2023 00:05:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14508856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2023 00:05:00 | Comenity Bank/Wayfair, PO box 182789, Columbus, OH 43218-2789 |
| 14508857 | | Email/Text: BKPT@cfna.com | Feb 24 2023 00:05:00 | Credit First NA/Firestone, PO Box 81083, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

|  |  |  | Cleveland, OH 44181 |
|---|---|---|---|
| 14508858 | + | Email/Text: bankruptcy@fult.com | Lafayett Ambassador Bank, PO box 4887, |
|  |  | Feb 24 2023 00:06:00 | Lancaster, PA 17604-4887 |
| 14508859 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Portfolio Recovery Associates, 120 Corporate |
|  |  | Feb 24 2023 00:13:04 | Blvd, Suite 100, Norfolk, VA 23502 |
| 14511772 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Portfolio Recovery Associates, LLC, POB 41067, |
|  |  | Feb 24 2023 00:12:54 | Norfolk VA 23541 |
| 14526226 |  | Email/Text: bnc-quantum@quantum3group.com | Quantum3 Group LLC as agent for, Comenity |
|  |  | Feb 24 2023 00:05:00 | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14508860 |  | Email/PDF: gecsedi@recoverycorp.com | SYNCB/Amazon PLCC, PO Box 965015, |
|  |  | Feb 24 2023 00:12:53 | Orlando, FL 32896-5015 |
| 14508861 | + | Email/PDF: gecsedi@recoverycorp.com | SYNCB/Sams Club, PO Box 965005, Orlando, FL |
|  |  | Feb 24 2023 00:13:04 | 32896-5005 |
| 14526295 | + | Email/PDF: gecsedi@recoverycorp.com | Synchrony Bank, c/o PRA Receivables |
|  |  | Feb 24 2023 00:13:03 | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14508862 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | The Home Depot/CBNA, PO Box 6497, Sioux |
|  |  | Feb 24 2023 00:12:47 | Falls, SD 57117-6497 |
| 14508863 | ^ | MEBN | Unifin, PO box 4519, Skokie, IL 60076-4519 |
|  |  | Feb 24 2023 00:00:03 |  |
| 14508864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Wells Fargo Card Service, PO Box 14517, Des |
|  |  | Feb 24 2023 00:12:44 | Moines, IA 50306-3517 |
| 14517801 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Wells Fargo Card Services, PO Box 10438, MAC |
|  |  | Feb 24 2023 00:12:53 | F8235-02F, Des Moines, IA 50306-0438, Wells Fargo Bank, N.A. 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEROME B. BLANK | |

on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com

KRISTEN D. LITTLE
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC kdlittleecf@gmail.com

MARC KRANSON
    on behalf of Debtor Michael Solarek marc81047@yahoo.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Michael Solarek

          Debtor(s)

Case No: 20−12541−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/23

90 − 89
Form 138OBJ